No. 11–484. MARTIN *v.* HOWARD UNIVERSITY ET AL. C. A. D. C. Cir. Motion of the National Organization for Women Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–560. LEGER, WARDEN, LOUISIANA CORRECTIONAL INSTITUTE FOR WOMEN *v.* LACAZE. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–6240. MCNEALY *v.* MIDDLEBROOKS, WARDEN. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6479. NICHOLS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7715. BULLARD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7737. PARK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7845. HILL *v.* CROSS, WARDEN. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8527. ADDISON *v.* NEW HAMPSHIRE, 563 U. S. 991;

No. 10–11262. FOWLER *v.* GEITHNER, SECRETARY OF THE TREASURY, *ante,* p. 1058;

No. 11–315. YOONESSI *v.* RATAJCZAK ET AL., *ante,* p. 1035;

No. 11–362. LEWICKI ET AL. *v.* WASHINGTON COUNTY, PENNSYLVANIA, ET AL., *ante,* p. 1060;

No. 11–5025. ARNOLD *v.* MALLON ET AL., *ante,* p. 886;

No. 11–5915. RABB *v.* GEORGIA PACIFIC, LLC, ET AL., *ante,* p. 966;

No. 11–5943. NORINGTON *v.* BUTTS, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY, *ante,* p. 981;

No. 11–5979.   SANCHEZ *v.* SUFFOLK COUNTY PROBATION DEPARTMENT, *ante,* p. 967;

No. 11–6104.   KALFOUNTZOS *v.* CITY OF SACRAMENTO, CALIFORNIA, ET AL., *ante,* p. 984;

No. 11–6185.   MANIGAULTE *v.* C. W. POST OF LONG ISLAND UNIVERSITY, *ante,* p. 986;

No. 11–6218.   LAWSON *v.* SWORD ET AL., *ante,* p. 1016;

No. 11–6231.   WILLIAMS *v.* CITY OF NATCHITOCHES, LOUISIANA, ET AL., *ante,* p. 1037;

No. 11–6259.   CHRISTMAS *v.* ILLINOIS, *ante,* p. 987;

No. 11–6289.   MUGAN *v.* UNITED STATES, *ante,* p. 958;

No. 11–6441.   CLEMONS *v.* MONROE, ASSISTANT WARDEN, ET AL., *ante,* p. 1064;

No. 11–6465.   AMR *v.* MOORE ET AL., *ante,* p. 989;

No. 11–6489.   GORE *v.* FLORIDA, *ante,* p. 1065;

No. 11–6554.   DERRINGER *v.* BAXTER ET AL., *ante,* p. 1041;

No. 11–6613.   RIVERA *v.* UNITED STATES, *ante,* p. 1018; and

No. 11–6714.   ESCARENO *v.* EVANS, WARDEN, *ante,* p. 1068. Petitions for rehearing denied.

No. 10–10875.   WILLIAMS *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 932.   Motion for leave to file petition for rehearing denied.   JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 11–6532.   IN RE RUIZ RIVERA, *ante,* p. 1033; and

No. 11–6692.   BEVERLY *v.* UNITED STATES, *ante,* p. 1030.   Petitions for rehearing denied.   JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 11–6576.   LIGONS *v.* KING, WARDEN, *ante,* p. 992.   Motion for leave to file petition for rehearing denied.

JANUARY 20, 2012

No. 11A674.   TENNANT, SECRETARY OF STATE OF WEST VIRGINIA, ET AL. *v.* JEFFERSON COUNTY COMMISSION ET AL.   Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted, and it is ordered that the judgment of the United States District Court for the Southern District of West Virginia, case No. 2:11–cv–0989, entered January 3, 2012, and amended January 4, 2012, is stayed pending the timely filing and disposition of an appeal to this Court.